# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| SYDNEY SHACKERFORD, | ) | Case No.: 2:19-cv-00469-GMN-DJA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| CORRECTIONAL OFFICER LONA, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff Sydney Shackerford has failed to show good cause as to why this action should not be dismissed without prejudice for failure to effect timely service as to Defendants Correctional Officer Aravio and Correctional Officer Mitchell, pursuant to Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendants Correctional Officer Aravio and Correctional Officer Mitchell.

**DATED** this __3__ day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court