AARON D. FORD
Attorney General
ALEXANDER J. SMITH (Bar No. 15484C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: ajsmith@ag.nv.gov

*Attorneys for Defendants*
*Melvin Cravin, Efrain Lona,*
*and Glenda Stewart*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYDNEY SHACKERFORD, | Case No. 2:19-cv-00469-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

Plaintiff, Sydney Shackerford, and Defendants, Melvin Cravin, Efrain Lona, and Glenda Stewart, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Alexander J. Smith, Deputy Attorney General of the State of Nevada, Office of the Attorney General, hereby stipulate under Rule 41(a)(1)(A)(ii), Federal Rules of Civil

///
///
///
///
///
///

Procedure, to dismissal with prejudice of this action, with each party bearing their own attorney's fees and costs.

DATED this __8__ day of July, 2021    DATED this __8__ day of July, 2021

                                      AARON D. FORD
                                      Attorney General

By: _____         By: /s/ Alexander J. Smith
    SYDNEY SHACKERFORD                    ALEXANDER SMITH (Bar No. 15484C)
    Plaintiff, *Pro Se*                   Deputy Attorney General
                                          *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this __8__ day of July, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT